# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SEEPEX, INC. | ) | Case No. 3:17-CV-00033 |
| | ) | |
| Plaintiff, | ) | (Judge Walter H. Rice) |
| | ) | (Magistrate Judge Michael J. Newman) |
| vs. | ) | |
| | ) | |
| LIBERTY PROCESS EQUIPMENT, INC. | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

This matter came before the Court upon the motion of Plaintiff, Seepex, Inc. ("Plaintiff") (Doc. No. 24) for an Order modifying the Preliminary Pretrial Conference Order (Doc. No. 11) to extend the time by which each party must disclose expert witnesses. The Court, having considered said motion, and being duly advised, finds the motion to be well-taken, and the same is therefore hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the Preliminary Pretrial Conference Order is modified as follows:

| Event | Old Date | New Date |
|---|---|---|
| Plaintiff identify expert witnesses and provide expert's report of subject matter and summary of facts and opinions | 2/1/18 | 3/15/18 |
| Defendant identify expert witnesses and provide expert's report of subject matter and summary of facts and opinions | 4/2/18 | 5/15/18 |
| Plaintiff's rebuttal experts | 5/1/18 | 6/15/18 |
| Defendant's rebuttal experts | 6/1/18 | 7/16/18 |

All other dates, including Trial Date, are unchanged.

**SO ORDERED.**

Date: 1-30-18

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
 District